**BRICKFIELD & DONAHUE**
70 Grand Avenue, Suite 102
River Edge, New Jersey 07661
(201) 488-7707
Attorneys for Defendant
Debora Medeiros DaSilva

| UNITED STATES OF AMERICA, | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
|---|---|
| v. | Case No.: 09-501 (SRC) |
| DEBORA MEDEIROS DASILVA, | ORDER |
| Defendant. | |

Debora Medeiros DaSilva by her attorney Joseph R. Donahue, Esq. of Brickfield & Donahue, having moved this Court for a change of the conditions of release set forth in the Court's order of October 9, 2009, and the U.S. Attorney's Office by Assistant U.S. Attorney Leslie F. Schwartz, as well as U.S. Pretrial Services by U.S. Pretrial Service Officer Kelly Domingues, having consented to this request and for good and sufficient cause shown, it is hereby ordered this ___12___ day of June 2010, that the order of pretrial release dated October 9, 2009, is hereby amended

All the other terms and conditions of the order of October 9, 2009, (as amended above) remain in full force and effect.

Honorable Stanley R. Chesler, U.S.D.J.

_____
Joseph R. Donahue, Esq.

_____
Leslie F. Schwartz, AUSA

_____
Kelly Domingues, U.S. Pretrial Services