UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, :<br>:<br>Plaintiff, :<br>: **Criminal No. 09-501 (SRC)**<br>v. :<br>: **ORDER**<br>ROBINSON BORDAMONTE, et al., :<br>:<br>Defendants. :<br>:<br>: | |

**CHESLER**, District Judge

    This Court having received on July 25, 2012 a submission from the law firm of Brickfield & Donahue purporting to be a motion to quash a grand jury subpoena; and it appearing that this motion was docketed as entry number 109 of the above-captioned case; and it further appearing that the filing of that motion on the docket of Criminal No. 09-501 was done in error; and it further appearing that this submission should be removed from the docket of Criminal No. 09-501; therefore,

    **IT IS** on this 26th day of July, 2012,

    **ORDERED** that the Clerk of the Court is directed to remove the filing at docket entry 109 from the docket of Criminal No. 09-501.

                                                                   s/Stanley R. Chesler
                                                              STANLEY R. CHESLER
                                                              United States District Judge